Hassan A. Zavareei (State Bar No. 181547)
Andrea R. Gold (*pro hac vice*)
TYCKO & ZAVAREEI LLP
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
Email: hzavareei@tzlegal.com
              agold@tzlegal.com

Andrew J. Shamis, Esq. (*pro hac vice forthcoming*)
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 400
Telephone: (305) 975-3320
ashamis@shamisgentile.com

Scott Edelsberg, Esq. (*pro hac vice forthcoming*)
EDELSBERG LAW, PA
19495 Biscayne Blvd #607
Aventura, FL 33180
Telephone: (305) 975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ROSSO, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHEETAH MOBILE AMERICA, INC., A DELAWARE COMPANY<br><br>Defendant. | Case No. 4:18-cv-06362-HSG<br><br>**NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT

The Parties hereby inform the Court that they have entered into an agreement in principle to settle the above-captioned action. The proposed settlement will be memorialized in a complete written settlement agreement and related documents, and, when finalized, will result in the dismissal of the action within 30 days. Based on the foregoing, the parties respectfully request that the Case Management Conference currently set for January 22, 2019 and all other deadlines in this matter be continued for 30 days from the date of this filing.

Dated: January 15, 2019

| | |
|---|---|
| */s/ Andrea R. Gold*<br>Andrea R. Gold (pro hac vice)<br>Hassan Zavareei (CA Bar 181547)<br>**TYCKO & ZAVAREEI LLP**<br>1828 L Street, NW, Suite 1000<br>Washington, DC 20036<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br><br>*Counsel for Plaintiff Rosso* | */s/ Jeffrey B. Valle*<br>Jeffrey B. Valle<br>**VALLE MAKOFF LLP**<br>11911 San Vicente Blvd., Suite 324 Los Angeles, CA 90049<br>Telephone: (310) 476-0300<br>Facsimile: (310) 476-0333<br><br>*Counsel for Defendant*<br>*Cheetah Mobile America, Inc.* |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 15, 2019, the foregoing was served by electronic mail to the following:

Jeffrey B. Valle
Jennifer E. Laser
**VALLE MAKOFF LLP**
11911 San Vicente Blvd., Suite 324
Los Angeles, CA 90049
Telephone: (310) 476-0300
Facsimile: (310) 476-0333
Email: jvalle@vallemakoff.com
   jlaser@vallemakeoff.com

*/s/ Chloe Noh*
Chloe Noh

**3**

NOTICE OF SETTLEMENT