Hassan A. Zavareei (SBN 181547)
Andrea Gold (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1828 L. Street, NW, Suite 1000
Washington, D.C 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com
agold@tzlegal.com

Andrew J. Shamis, Esq. (*pro hac vice forthcoming*)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 400
Miami, Florida 33132
Telephone: 305-479-2299
ashamis@shamisgentile.com

Scott Edelsberg, Esq. (*pro hac vice forthcoming*)
**EDELSBERG LAW, PA**
19495 Biscayne Blvd #607
Aventura, FL 33180
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ROSSO, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>v.<br><br>CHEETAH MOBILE AMERICA, INC., A DELAWARE COMPANY,<br><br>          Defendant. | Case No. 4:18-cv-06362-HSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Scott Rosso ("Plaintiff"), by and through his respective counsel, submits this notice of voluntary dismissal with prejudice. Plaintiff agrees to dismiss all of his individual claims in the above-captioned action with prejudice.

Dated: February 15, 2019                         By:  /s/ *Andrea Gold*
                                                 Andrea Gold (*pro hac vice*)
                                                 TYCKO & ZAVAREEI LLP
                                                 1828 L. Street, NW, Suite 1000
                                                 Washington, D.C 20036
                                                 Telephone: (202) 973-0900
                                                 Facsimile: (202) 973-0950
                                                 agold@tzlegal.com

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 4:18-cv-06362-HSG